IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MURPHY and JULIE HENDRIX, as individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CTX MORTGAGE COMPANY, LLC, FORTRESS INVESTMENT GROUP, LLC, and DOES 1-50, inclusive,<br><br>Defendants. | 2:10-cv-01435-GEB-DAD<br><br><u>ORDER GRANTING PLAINTIFFS' MOTION TO FILE SECOND AMENDED COMPLAINT</u>[*] |

On October 20, 2010, Plaintiffs filed a motion for leave to file the Second Amended Complaint attached to their motion, under Federal Rule of Civil Procedure ("Rule") 15(a)(2). (ECF No. 23.) Defendants failed to file an opposition or statement of non-opposition to Plaintiffs' motion as required by Local Rule 230(c). Rule 15(a)(2) prescribes that "[t]he court should freely give leave [to amend] when justice so requires." "This [leave] policy is 'to be applied with extreme liberality.'" <u>Eminence Capital, LLC v. Aspeon, Inc.</u>, 316 F.3d 1048, 1051 (9th Cir. 2003) (citations omitted). Since the motion is unopposed, and in light of the stage of the proceeding, Plaintiffs'

---

[*] This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 230(g).

1

1 | motion for leave to file the Second Amended Complaint is GRANTED.
2 | Plaintiffs have five days leave from the date on which this order is
3 | filed to file the amended complaint.
4 | Dated:  December 10, 2010

```
                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge
```