IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY MURPHY and JULIE HENDRIX, as individuals, | ) ) | 2:10-cv-01435-GEB-DAD |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | ORDER DENYING DEFENDANTS' MOTIONS TO DISMISS FIRST AMENDED COMPLAINT |
| CTX MORTGAGE COMPANY, LLC, FORTRESS INVESTMENT GROUP, LLC, and DOES 1-50, inclusive, | ) ) ) ) | |
| Defendants. | ) ) | |

Defendants Fortress Investment Group, LLC and CTX Mortgage Company, LLC each filed motions to dismiss Plaintiffs First Amended Complaint. (ECF Nos. 12-13.) The Court granted Plaintiffs' motion to file a Second Amended Complaint, which was filed on December 14, 2010, and it is now the operative pleading. See Hal Roach Studios, Inc., v. Richard Feiner and Co., Inc., 896 F.2d 1542, 1546 (9th Cir. 1989)(stating an amended complaint supercedes the prior complaint). Therefore, these pending dismissal motions are DENIED as moot since neither motion addresses the operative pleading.

Dated: December 15, 2010

GARLAND E. BURRELL, JR.
United States District Judge