IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MURPHY and JULIE HENDRIX, as individuals,<br><br>        Plaintiffs,<br><br>    v.<br><br>CTX MORTGAGE COMPANY, LLC, FORTRESS INVESTMENT GROUP, LLC, and DOES 1-50, inclusive,<br><br>        Defendants. | 2:10-cv-01435-GEB-DAD<br><br><u>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) ORDER</u> |

      Defendant Fortress Investment Group, LLC's Status Report filed January 4, 2011, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference set for January 18, 2011, is continued to March 14, 2011, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to Status Conference.

      IT IS SO ORDERED.

Dated: January 10, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1