UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MURPHY and JULIE HENDRIX, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CTX MORTGAGE COMPANY LLC, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:10-CV-01435-GEB-DAD<br><br>ORDER GRANTING STIPULATION TO VACATE CLERK'S ENTRY OF DEFAULT OF DEFENDANT CTX |

The Court, having reviewed the Stipulation between Plaintiffs TIMOTHY MURPHY and JULIE HENDRIX and Defendant CTX MORTGAGE COMPANY, LLC to vacate the Clerk's Entry of Default of Defendant CTX, and good cause having been shown,

IT IS HEREBY ORDERED that the Clerk's Entry of Default dated March 9, 2011 as Docket No. 37 is VACATED. Defendant CTX is hereby ORDERED to file an Answer and otherwise plead within two (2) court days of the date of this Order.

**Date:  3/10/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge